**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

VERONICA SIGALA GRAJEDA,

Petitioner,

v. No. 2:26-cv-01959-MLG-JMR

TODD BLANCHE, Attorney General
of the United States, et al.,

Respondents.

**ORDER OF DISMISSAL**

On October 31, 2026, Petitioner Veronica Sigala Grajeda was deported to Mexico pursuant to an administratively final order of removal. *See* Doc. 12. The parties stipulate that this development renders Sigala Grajeda's habeas corpus petition moot. *Id.*

28 U.S.C. § 2241(c)(1) provides that "[t]he writ of habeas corpus shall not extend to a prisoner unless [she] is in custody." *Riley v. Immigr. & Naturalization Serv.*, 310 F.3d 1253, 1256 (10th Cir. 2002). Because Sigala Grajeda is no longer in custody, the Court agrees this matter is moot and must be dismissed for lack of subject-matter jurisdiction. *See Kansas Jud. Rev. v. Stout*, 562 F.3d 1240, 1246 (10th Cir. 2009) ("When it becomes impossible for a court to grant effective relief, a live controversy ceases to exist, and the case becomes moot."); *Eaves v. Polis*, 167 F.4th 1304, 1310 (10th Cir. 2026) (explaining that when a case is moot, "a federal court must dismiss the action for want of subject-matter jurisdiction"). Accordingly, the Court dismisses the case without prejudice. *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006) (providing that "dismissals for lack of jurisdiction should be without prejudice"). A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA